UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DIXON,<br><br>             Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 2:24-cv-03252-TLN-CSK<br><br>**ORDER** |

On August 27, 2025, the magistrate judge filed findings and recommendations (ECF No. 16), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 16). No objections were filed and the time to do so has passed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 16) are adopted in full;

2.  Plaintiff's motion for summary judgment (ECF No. 12) is GRANTED;

1

3. The Commissioner's cross-motion (ECF No. 14) is DENIED;

4. The Clerk of the Court shall enter judgment for Plaintiff; and

5. This matter is remanded for further administrative proceedings consistent with this order.

IT IS SO ORDERED.

DATE: September 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE