1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DIXON, | Case No. 2:24-cv-03252-TLN-CSK |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Social Security Administration, | |
| Defendant. | |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the

Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit:

**IT IS ORDERED** that fees in the amount of $8,500.00 as authorized by 28

U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

Dated:  November 20, 2025

_____
Troy L. Nunley
Chief United States District Judge

- 1 -

Order On Joint Motion for Attorney's Fees Award